IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACI FAULKNER, Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>MERIT LOGISTICS, LLC,<br><br>Defendant. | 8:21CV222<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the plaintiff's Motion for Dismissal With Prejudice (Filing No. 13). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each side to bear its own fees and costs.

Dated this 26th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge